IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHARON SWAFFORD**                                                    **PLAINTIFF**

**v.**                              **Case No**. **4:25-cv-00349 KGB**

**TRACTOR SUPPLY COMPANY**                                   **DEFENDANT**

## ORDER

Before the Court plaintiff Sharon Swafford's stipulation for dismissal with prejudice of defendant tractor supply company (Dkt. No. 8). The parties informed the Court informally through e-mail that the parties have reached a settlement agreement in this case. For good cause shown, the Court adopts the stipulation of dismissal and dismisses Swafford's causes of action against defendant Tractor Supply Company with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is so ordered this 20th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge